PROB 12C
(7/93)

Report Date: July 23, 2012

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

JUL 24 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

| | | | |
|---|---|---|---|
| Name of Offender: | Roger Mendoza-Guizar | Case Number: | 2:11CR02048-001 |
| Address of Offender: | ▇▇▇▇▇▇▇ Yakima, WA  98902 | | |
| Name of Sentencing Judicial Officer: | The Honorable Robert H. Whaley, Senior U.S. District Judge | | |
| Date of Original Sentence: | 6/27/2012 | | |
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Probation - 24 Months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: | 6/27/2012 |
| Defense Attorney: | Richard A. Smith | Date Supervision Expires: | 6/26/2014 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1    **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

**Supporting Evidence**: Mr. Mendoza-Guizar met with this officer on July 2, 2012, at the Yakima Probation Office. During this meeting, Mr. Mendoza-Guizar disclosed that he used marijuana on or about June 29, 2012, and June 30, 2012. A urine sample was collected this same date, which tested presumptive positive for marijuana and cocaine. Mr. Mendoza-Guizar denied the use of cocaine but thought it was possible the marijuana he smoked could have had some cocaine mixed into it. The sample was confirmed positive for both cannabinoids and cocaine by the lab on July 9, 2012.

2    **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Please see the evidence from violation #1.

Prob12C
Re: Mendoza-Guizar, Roger
July 23, 2012
Page 2

   3  **Special Condition #21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: Please see the evidence from violation #1.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/23/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] ~~The~~ Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/24/2012
Date