PROB 12B
(7/93)

Report Date: September 6, 2012

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 11 2012
JAMES R. LARSEN, CLERK
_______________ DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Roger Mendoza-Guizar    Case Number: 2:11CR02048-001-RHW

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 6/27/2012    Type of Supervision: Probation

Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)    Date Supervision Commenced: 6/27/2012

Original Sentence: Probation - 24 Months    Date Supervision Expires: 6/26/2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15 You shall complete 300 hours of community service work, at the rate of not less than 15 hours and up to 30 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than February 1, 2014.

## CAUSE

Based on Mr. Guizar's work schedule, visits with his children and involvement in treatment services, it appears the defendant's commitment to complete 30 hours of community service per month is unrealistic, if not overly optimistic. Therefore, this officer believes a more appropriate and acceptable rate would be as noted above. This should allow the defendant the opportunity to maintain his schedule, see his children and successfully complete his substance abuse services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/06/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

9/10/2012
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 11 2012

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

# United States District Court

**Eastern District of Washington**

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

23 15 You shall complete 300 hours of community service work, at the rate of not less than 15 hours and up to 30 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than February 1, 2014.

Witness: ______________________
Stephen Krous
U.S. Probation Officer

Signed: ______________________
Roger Mendoza-Guizar
Probationer or Supervised Releasee

September 6, 2012
Date