PROB 12C
(7/93)

Report Date: September 10, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 14 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roger Mendoza-Guizar    Case Number: 2:11CR02048-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 6/27/2012

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Probation - 24 Months            Type of Supervision: Probation

Asst. U.S. Attorney: Alexander Carl Ekstrom          Date Supervision Commenced: 6/27/2012

Defense Attorney:    Richard A. Smith                Date Supervision Expires: 6/26/2014

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/23/2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Mendoz-Guizar provided a urine specimen on August 16, 2012, that was presumptive positive for THC and cocaine. The sample was sent to the laboratory for further analysis and on August 22, 2012, it was confirmed negative for cocaine but positive for cannabinoids. On August 28, 2012, this officer met with Mr. Mendoza-Guizar at the U.S. Probation office, and he admitted to taking a couple of puffs from a marijuana cigarette on or about August 9, 2012. He also signed an admission statement confirming his use. |

Prob12C
Re: Mendoza-Guizar, Roger
September 10, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/10/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

9/14/2012
Date