PROB 12B
(7/93)

Report Date: August 9, 2013

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Roger Mendoza-Guizar Case Number: 2:11CR02048-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 6/27/2012 Type of Supervision: Probation

Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) Date Supervision Commenced: 6/27/2012

Original Sentence: Probation - 24 Months Date Supervision Expires: 6/26/2014

---

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

24 You shall participate in the home confinement program for 30 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 6:00 a.m. to 8:00 p.m., as directed by the supervising officer.

**CAUSE**

Mr. Mendoza-Guizar disclosed he used cocaine and marijuana on August 6, 2013. He reported he had an encounter with a woman that lead to his illegal drug use. He recognizes his poor decision making and has voiced a strong desire to re-engage in substance abuse treatment, as well as comply with 30 days of electronic monitoring as a sanction. He expressed disappointment in is actions and wants to remain clean and sober. He recognizes he needs to continue to develop his coping skills related relapse prevention and avoid high risk behaviors and situations. This officer believes Mr. Mendoza-Guizar will benefit from further substance abuse treatment and the agreed punishment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9 Aug. 13

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

s/Robert H. Whaley

Signature of Judicial Officer

August 15, 2013

Date

PROB 49
(3/89)

# United States District Court

## Eastern District of Washington

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

24 You shall participate in the home confinement program for 30 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 6:00 a.m. to 8:00 p.m., as directed by the supervising officer.

Witness: ______________________
Stephen Krous
U.S. Probation Officer

Signed: ______________________
Roger Mendoza-Guizar
Probationer or Supervised Releasee

August 9, 2013
Date