PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 28 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Roger Mendoza-Guizar        Case Number: 0980 2:11CR02048-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 27, 2012        Type of Supervision: Probation

Original Offense:  Felon in Possession of Firearm,        Date Supervision Commenced: June 27, 2012
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - Probation - 24 months        Date Supervision Expires: June 26, 2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

26        You shall complete 300 hours of community service work, at the rate of not less than 15 hours and up to
         30 hours per month at a not-for-profit site approved in advance by the supervising probation officer.  The
         hours are to be completed in full no later than April 1, 2014.

### CAUSE

Mr. Mendoza-Guizar went to work for a new company in July 2013.  The company installs large warehouse doors,
and the defendant has graduated to being a lead worker and a project supervisor on many jobs.  He has been working
a significant number of hours, to include some weekends.  He has not completed his community service hours and
will not complete them by February 1, 2014, as previously planned.  He has completed 196 hours of community
service, and he plans to take some time off from work to complete the hours imposed.  This officer requests the Court
allow the defendant until May 1, 2014, to complete his community service hours.

Respectfully submitted,

by        s/Stephen Krous

Stephen Krous
U.S. Probation Officer
Date: January 27, 2014

Prob 12B
**Re: Mendoza-Guizar, Roger**
**January 27, 2014**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

1/28/2014
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

26   You shall complete 300 hours of community service work, at the rate of not less than 15 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than April 1, 2014.

Witness: _____      Signed: _____
                Stephen Krous                                      Roger Mendoza-Guizar
                U.S. Probation Officer                          Probationer or Supervised Releasee

_____
1/27/14
Date