PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 06 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Roger Mendoza-Guizar          Case Number: 0980 2:11CR02048-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 27, 2012          Type of Supervision: Probation

Original Offense: Felon in Possession of Firearm,          Date Supervision Commenced: June 27, 2012
18 U.S.C. § 922(g)(1)

Original Sentence: Probation - 24 Months Probation          Date Supervision Expires: June 26, 2014

---

### PETITIONING THE COURT

To extend the term of supervision for 12 months, for a total term of 36 months. Extend completion of community service hours through August 30, 2014.

### CAUSE

Mr. Mendoza-Guizar disclosed he smoked marijuana on April 8, 9, and 10, 2014. He expressed frustration, shame, and guilt over his poor choices. We discussed the potential short and long term consequences he could experience due to his behavior, and we talked about pro-social alternatives he could have employed to cope with the situation and the distress he was experiencing related to his job. He indicated he was vulnerable and succumbed to his emotional weakness and used the drug in an effort to relax. He knew at the time he should not use the drug and should have utilized the skills he has learned from treatment, but he said, "I started to play head games with myself" and ultimately justified his use. He understands and voiced his use could cause him significant problems with his employment, his family, and with this Court. He committed to re-engage in relapse prevention or whatever treatment is recommended, attending AA or NA meetings, getting back into an exercise routine as his employment allows, and he agreed to extend his probation for 12 months. He recognizes the benefits of supervision, along with the accountability factors. Mr. Mendoza-Guizar requests the Court grant this extension and allow him to continue to receive the support of supervision. Additionally, due to his work hours, he has requested permission to extend his completion of his community service through August 30, 2014.

                                              Respectfully submitted,

                                    by        s/Stephen Krous
                                              _____
                                              Stephen Krous
                                              U.S. Probation Officer
                                              Date: May 2, 2014

Prob 12B
**Re: Mendoza-Guizar, Roger**
**May 2, 2014**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[X]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

May 6, 2014
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To extend the term of supervision for 12 months, for a total term of 36 months. Extend completion of community service hours through August 30, 2014.

Witness: _____  Signed: _____
         Stephen Krous                         Roger Mendoza-Guizar
         U.S. Probation Officer                Probationer or Supervised Releasee

                            _____
                                   May 2, 2014
                                      Date