PROB 12C
(7/93)

Report Date: September 19, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roger Mendoza-Guizar                Case Number: 0980 2:11CR02048-001

Address of Offender:                       , Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: June 27, 2012

Original Offense:      Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Probation - 24 Months            Type of Supervision: Probation

Asst. U.S. Attorney:   Alexander Carl Ekstrom          Date Supervision Commenced: June 27, 2012

Defense Attorney:      Richard A. Smith                Date Supervision Expires: June 26, 2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Mendoza-Guizar admitted to using marijuana on August 3, 2014, and again on September 14, 2014.  He signed an admissions form confirming his use. |
| 2 | **Special Condition #20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: See narrative from violation #1. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/19/2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

September 23, 2014

Date